| Attorney or Party without Attorney:<br>BURSOR & FISHER, P.A.<br>Yitzchak Kopel, Esq.<br>888 Seventh Ave<br>New York, NY 10019<br>Telephone No: 646.837.7150<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
USDC-Southern District of New York

Plaintiff: Gregory Maroney
Defendant: Woodstream Corporation

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:19-cv-08294-KMK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, Individual Rules of Practice

3. a. Party served: Woodstream Corporation
   b. Person served: Elizabeth McVey-Calunen, HR Manager, served under Pennsylvania Rule of Civil Procedure 402.2

4. Address where the party was served: 29 E King St., Lancaster, PA 17602

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Sep 25 2019 (2) at: 11:40 AM

6. Person Who Served Papers:
   a. Andrew Marrella
   b. FIRST LEGAL
      3600 Lime St., Ste. 626
      RIVERSIDE, CA 92501
   c. (951) 779-1110

   d. The Fee for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/26/2019
(Date)                          (Signature)



PROOF OF SERVICE

3800091
(322125)