UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Gregory Maroney,

        Plaintiff(s),                    19 Civ. 08294 (KMK)

     -against-

Woodstream Corporation,             CALENDAR NOTICE

        Defendant(s).

-------------------------------------------------------X

Judge Kenneth M. Karas has directed that counsel for all parties herein shall appear on Friday, April 17, 2020 at 2:30 p.m. for a pre-motion conference in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: February 18, 2020
        White Plains, New York

                                                        So Ordered

                                                        Kenneth M. Karas, U.S.D.J