UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MARONEY AND HENRY H. HEUMANN, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>     v.<br><br>WOODSTREAM CORPORATION,<br><br>          Defendant. | 19-CV-08294 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  For the reasons stated on the record at the Oral Argument on March 15, 2021, the Court granted Defendant's Motion To Stay. The Defendant's other motions are denied without prejudice as moot. The Clerk of Court is respectfully requested to terminate the pending Motion. (Dkt. No. 31.)

  SO ORDERED.

Dated: March 15, 2021
     White Plains, New York

                     KENNETH M. KARAS
                     United States District Judge