**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREGORY MARONEY AND HENRY H. HEUMANN, individually and on behalf of all others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> WOODSTREAM CORPORATION, <br><br>     Defendant. | Civil No. 7:19-cv-08294-KMK <br><br> **CASE MANAGEMENT AND SCHEDULING ORDER** <br><br> District Judge Kenneth M. Karas <br> Courtroom 521 |

**KENNETH M. KARAS, District Judge:**

The Parties submit the following proposed case management and scheduling order following the October 10, 2023 status conference.

1.    This case is to be tried to a jury.

2.    No additional parties may be joined except with leave of the Court.

3.    Amended pleadings may not be filed except with leave of the Court.

4.    Initial disclosures pursuant to Rule 26(a)(1), Fed. R. Civ. P., will be completed not later than fourteen (14) days of the date of the Parties' conference pursuant to Rule 26(f).

5.    The Parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the Parties on consent without application to the Court, provided the Parties meet the fact discovery completion date in paragraph 5 above:

    a.    Initial requests for production of documents to be served within four (4) weeks of the date of this Order.

    b.    Interrogatories to be served within four (4)) weeks of the date of this Order.

00207624

c. Depositions to be completed by two (2) weeks prior to the close of fact discovery.

d. Requests to Admit, if any, to be served within thirty (30) days of the close of fact discovery.

e. Plaintiffs shall move for class certification by July 11, 2024.

f. Plaintiffs shall disclose expert reports in support of class certification by July 11, 2024, and shall make these experts available for deposition by August 23, 2024.

g. Defendant's response in opposition to class certification shall be due by September 20, 2024.

h. Defendant shall disclose its rebuttal expert report(s) in opposition to class certification by September 20, 2024, and shall make these experts available for deposition by October 18, 2024.

i. Plaintiff's reply in support of class certification is due November 14, 2024.

6. After the Court issues a ruling on class certification, the Court shall hold a case management conference to set all further deadlines in this matter, if necessary.

7. Counsel shall meet for at least one (1) hour to discuss settlement no later than two (2) weeks following the close of fact discovery.

8. The Parties do not request that the case be referred to the Court's Mediation Program.

9. The Parties are willing to use a privately-retained mediator.

10. The Parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P.  Proposed voir dire, jury

2

00207624

instructions, and a verdict form shall be filed with the Joint Pretrial Order.  Counsel shall meet and confer on jury instructions and verdict form in an effort to make an agreed upon submission.

11. The Parties have conferred and their present best estimate of the length of trial is ten (10) days.

Respectfully submitted,

Dated: October 13, 2023

BLOOD HURST & O'REARDON, LLP

By:   *s/  Timothy G. Blood*

Timothy G. Blood (*admitted pro hac vice*)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BURSOR & FISHER, P.A.
Scott A. Bursor
Yitzchak Kopel
888 Seventh Avenue
New York, NY  10019
Tel: 646/837-7150
212/989-9163 (fax)
scott@bursor.com
ykopel@bursor.com

BURSOR & FISHER, P.A.
Stephen A. Beck (*admitted pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami, FL  33131
Tel: 305/330-5512
305/679-9006 (fax)
sbeck@bursor.com

*Attorneys for Plaintiffs*

Dated: October 13, 2023

KIRKLAND & ELLIS LLP

*By:      s/  Robyn Bladow*

Robyn Bladow (*admitted pro hac vice*)
333 South Hope Street, Suite 2900
Los Angeles, CA  90071
Tel: 213/680-8400
213/680-8500 (fax)
robyn.bladow@kirkland.com

00207624

Jay Lefkowitz
601 Lexington Avenue
New York, NY 10022
lefkowitz@kirkland.com
Tel: 212-446-4800

*Attorneys for Defendant*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

*s/ Timothy G. Blood*
Timothy G. Blood

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2023, a copy of the foregoing document was electronically filed with the United States District Court, Southern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on October 13, 2023.

*s/ Timothy G. Blood*
Timothy G. Blood

00207624