# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

Robyn E. Bladow
To Call Writer Directly:
+1 213 680 8634
robyn.bladow@kirkland.com

333 South Hope Street
Los Angeles, CA 90071
United States

+1 213 680 8400

www.kirkland.com

Facsimile:
+1 213 680 8500

April 5, 2024

**Via ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:   *Maroney, et al. v. Woodstream Corp.*, Case No. 7:19-cv-08294-KMK

Dear Judge Karas:

We represent Defendant Woodstream Corporation ("Woodstream") in the above-referenced action, and write at the clerk's request and with the agreement of Plaintiffs, to confirm the parties' revised briefing schedule for class certification since the motion deadline was extended until June 25, 2024 (Dkt. 79).

The parties have agreed to the following schedule, which generally conforms with the briefing schedule contemplated by the Court in its first Case Management and Scheduling Order (Dkt. 69), adjusting for the new class certification motion deadline:

- Deadline to file Class Certification Motion: **Tuesday, June 25, 2024**.
- Deadline to Disclose Class Certification Experts: **Tuesday, June 25, 2024**
- Deadline to Make Class Certification Experts Available for Deposition: **Tuesday, August 6, 2024.**
- Deadline to File Opposition to Class Certification: **Friday, August 23, 2024**.
- Deadline to Disclose Class Certification Opposition Experts: **Friday, August 23, 2024;**
- Deadline to Make Class Certification Opposition Experts Available for Deposition: **Tuesday, September 24, 2024.**
- Deadline to Reply in Support of Class Certification: **Thursday, October 3, 2024.**

We are grateful for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Robyn E. Bladow*

Robyn E. Bladow

cc:   Counsel of Record (Via ECF)

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Munich   New York   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.