# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Robyn E. Bladow
To Call Writer Directly:
+1 213 680 8634
robyn.bladow@kirkland.com

333 South Hope Street
Los Angeles, CA 90071
United States

+1 213 680 8400

www.kirkland.com

Facsimile:
+1 213 680 8500

June 11, 2024

**Via ECF**

Hon. Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 421
White Plains, NY 10601-4150

Re:     *Maroney, et al. v. Woodstream Corp.*, Case No. 7:19-cv-08294-KMK-JCM

Dear Judge McCarthy:

The parties submit this joint letter in response to the Court's May 28, 2024 Order directing the parties to submit a joint letter by June 11, 2024 regarding the status of "pre-class certification discovery."

The parties are nearing completion of fact discovery intended for their class certification briefing. Plaintiffs conducted depositions of Woodstream's corporate representatives on June 10 and 11. The parties anticipate completing Plaintiffs' outstanding fact discovery prior to Plaintiffs' June 25, 2024 motion deadline, which includes interrogatory responses from Woodstream due on June 17 and June 21.

The parties anticipate completing Woodstream's outstanding fact discovery prior to its August 23, 2024 opposition deadline. That discovery includes: (1) Woodstream's outstanding requests for physical inspection, and (2) depositions of both Plaintiffs. Woodstream has completed the inspections of the rodent repellers at issue. With regard to Woodstream's request to inspect the homes of the class representatives, the parties agreed to a protocol regarding the inspection of both Plaintiffs' homes whereby, in lieu of Woodstream conducting the inspections, Plaintiffs proposed to produce photographs (and videos, subject to further agreement) of the areas in which they used PestChaser devices. Plaintiffs are still in the process of producing those photographs and videos, and Woodstream has reserved its right to do its own inspection if the photographs and videos are inadequate. The parties agreed to reschedule Plaintiffs' depositions to take place on July 17 and 18, 2024.

We are grateful for Your Honor's continued attention to this matter.

Hon. Judith C. McCarthy
June 11, 2024
Page 2

Respectfully submitted,

*/s/ Robyn E. Bladow*
Robyn E. Bladow
Counsel for Defendant

*/s/ Timothy Blood*
Timothy Blood
Counsel for Plaintiffs

cc:      Counsel of Record (Via ECF)

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

*/s/ Robyn E. Bladow*
Robyn E. Bladow