# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MARONEY AND HENRY H. HEUMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WOODSTREAM CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | Civil No. 7:19-cv-08294-(KMK)(JCM)<br><br>District Judge Kenneth M. Karas<br>Courtroom 521<br><br>Magistrate Judge Judith C. McCarthy<br>Courtroom 521 |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that on a date and time designed by the Court, before the Honorable Kenneth M. Karas, United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, Plaintiffs Gregory Maroney and Henry H. Heumann, will and hereby do move the Court for an Order certifying the following six classes: a nationwide class asserting claims for fraud; two nationwide subclasses asserting claims for fraud (to address statutes of limitations); a multistate class asserting a claim for breach of express warranty; a multistate subclass asserting a claim for breach of express warranty (to address statutes of limitations); and a New York-only subclass asserting claims under New York General Business Law ("GBL") §§ 349 and 350. The proposed class definitions are as follows:

**Nationwide Fraud Class**: "All persons who purchased one or more Victor PestChaser Rodent Repellers in the United States from August 29, 2013, until the date notice is provided to the Class."

**Nationwide Fraud Subclass 1 (3-year statute)**: "all persons who purchased one or more Victor PestChaser Rodent Repellers in the states of Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Idaho, Maryland, Massachusetts, Mississippi, Nevada, New Hampshire, North Carolina,

00214374

South Carolina, Tennessee, Utah, and Washington from August 29, 2016, until the date notice is provided to the Class."

**Nationwide Fraud Subclass 2 (2-year statute)**: "all persons who purchased one or more Victor PestChaser Rodent Repellers in the states of Alabama, Alaska, Kansas, Montana, Oklahoma, Oregon, Pennsylvania, Virginia, and West Virginia from August 29, 2017, until the date notice is provided to the Class."

**Multistate Breach of Express Warranty Class (4 year statute)**: "All persons who purchased one or more Victor PestChaser Rodent Repellers in the states of Alaska, California, Delaware, Iowa, Kansas, Maine, Minnesota, Missouri, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Texas, Utah, Vermont, Virginia, Washington, West Virginia, and Wyoming, from August 29, 2015, until the date notice is provided to the Class."

**Multistate Breach of Express Warranty Subclass (3-year statute)**: "all persons who purchased one or more Victor PestChaser Rodent Repellers in the state of Colorado from August 29, 2016, until the date notice is provided to the Class."

**New York Subclass**: "All persons who purchased one or more Victor PestChaser Rodent Repellers in the United States from August 29, 2015, until the date notice is provided to the Class."

Each proposed Class and Subclass is limited to the applicable statutes of limitations for the various jurisdictions. Excluded from each Class and Subclass are the Defendant, its officers, directors, and employees, and those who made such purchase for purpose of resale.

As set forth in the accompanying memorandum, Plaintiffs satisfy the requirements of Rule 23(a), and (b)(2) of the Federal Rules of Civil Procedure warranting class certification. Further, Plaintiffs meet all the requirements for the appointment as Class Representatives.

Additionally, pursuant to Rule 23(g), Plaintiffs move for an order appointing as class counsel Timothy G. Blood of Blood Hurst & O'Reardon, LLP and Yitzchak Kopel of Bursor & Fisher, P.A. As set forth in the accompanying memorandum and declarations, Plaintiffs' Counsel meets each of the requirements of Rule 23(g)(1).

This motion is based on the accompanying memorandum, the Declaration of Timothy G.

Blood, the Declaration of Yitzchak Kopel, all exhibits, the pleadings, papers and other documents on file herein, and such further material or argument as they Court may consider at or before the hearing on this Motion.

Respectfully submitted,

Dated: June 25, 2024

BLOOD HURST & O'REARDON, LLP

By: *s/ Timothy G. Blood*

Timothy G. Blood (*admitted pro hac vice*)
James M. Davis (*admitted pro hac vice*)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
jdavis@bholaw.com

BURSOR & FISHER, P.A.
Scott A. Bursor
Yitzchak Kopel
888 Seventh Avenue
New York, NY 10019
Tel: 646/837-7150
212/989-9163 (fax)
scott@bursor.com
ykopel@bursor.com

BURSOR & FISHER, P.A.
Stephen A. Beck (*admitted pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: 305/330-5512
305/679-9006 (fax)
sbeck@bursor.com

*Attorneys for Plaintiffs*

00214374

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2024, a copy of the foregoing document was electronically filed with the United States District Court, Southern District of New York, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on June 25, 2024.

<i>s/ Timothy G. Blood</i><br>
Timothy G. Blood