

501 West Broadway, Suite 1490 | San Diego, CA 92101
T | 619.338.1100  F | 619.338.1101
www.bholaw.com

Timothy G. Blood
tblood@bholaw.com

September 18, 2025

**VIA CM/ECF**

Hon. Kenneth M. Karas
U.S. District Court, Southern District of New York
300 Quarropas Street, Chambers 521
White Plains, NY 10601-4150

    Re:    *Maroney v. Woodstream Corp.*, No. 7:19-cv-08294: Joint Proposed Schedule

Dear Judge Karas:

    Pursuant to this Court's order dated August 15, 2025 [Dkt. No. 130], the parties jointly submit the proposed schedule below in advance of the Court's Rule 16 conference.

| | |
|---|---|
| Deadline for Plaintiffs to send Defendant their proposed class notices | **October 3, 2025** |
| Deadline for Plaintiffs to file motion for approval of class notice | **October 17, 2025** |
| Deadline for Plaintiffs' affirmative expert disclosures | **November 14, 2025** |
| Fact discovery cutoff | **December 19. 2025** |
| Deadline for Defendant's Rule 26(a)(2)(D)(ii) rebuttal expert disclosures and affirmative expert disclosures, if any | **January 14, 2026** |
| Deadline for Plaintiffs' Rule 26(a)(2)(D)(ii) rebuttal disclosures, if any | **February 4, 2026** |
| Expert discovery cutoff | **March 27, 2026** |
| Deadline for filing dispositive motions | **May 8, 2026** |

    Respectfully submitted,

TIMOTHY G. BLOOD

cc:    All Counsel (via ECF)

00228444