# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MARONEY AND HENRY H. HEUMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WOODSTREAM CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | Civil No. 7:19-cv-08294-(KMK)(JCM)<br><br><br>District Judge Kenneth M. Karas<br>Courtroom 521<br><br>Magistrate Judge Judith C. McCarthy<br>Courtroom 521 |

**PLAINTIFFS' NOTICE OF UNOPPOSED
MOTION FOR APPROVAL OF CLASS NOTICE**

00225562

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

In accordance with Federal Rules of Civil Procedure, Plaintiffs Gregory Maroney and Henry H. Heumann hereby move for an order directing and approving the form, content, and manner of notice to the certified Class informing Class Members of the certification of this case and move this Court for an order:

1. Approving the form and content of the long form class notice to be available at and www.PestchaserLawsuit.com in the form attached as Exhibit C.

2. Approving the form and content of the email notice in the form attached as Exhibit A.

3. Approving the form and content of the direct mail notice in the form attached as Exhibit B.

4. Approving the form and content of the Internet banner notices in the form attached as Exhibit D.

5. Ordering the appointment of Epiq to implement and administrate the dissemination of class notice and administer opt-out requests pursuant to the proposed notice dissemination plan attached at Exhibit E.

This motion is based on the accompanying memorandum and the exhibits thereto, and all the pleadings, orders, and other documents on file in this action.

Respectfully submitted,

Dated: October 17, 2025            BLOOD HURST & O'REARDON, LLP

By:  s/ Timothy G. Blood
Timothy G. Blood (*admitted pro hac vice*)
James M. Davis (*admitted pro hac vice*)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100

1

00225562

619/338-1101 (fax)
tblood@bholaw.com
jdavis@bholaw.com

BURSOR & FISHER, P.A.
Scott A. Bursor
Yitzchak Kopel
888 Seventh Avenue
New York, NY 10019
Tel: 646/837-7150
212/989-9163 (fax)
scott@bursor.com
ykopel@bursor.com

BURSOR & FISHER, P.A.
Stephen A. Beck (*admitted pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: 305/330-5512
305/679-9006 (fax)
sbeck@bursor.com

*Attorneys for Plaintiffs*

2

00225562

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 17, 2025, a copy of the foregoing document was electronically filed with the United States District Court, Southern District of New York, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on October 17, 2025.

*s/ Timothy G. Blood*
Timothy G. Blood