# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MARONEY AND HENRY H. HEUMANN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WOODSTREAM CORPORATION, a Pennsylvania corporation,<br><br>    Defendant. | Civil No. 7:19-cv-08294-(KMK)(JCM)<br><br><br>District Judge Kenneth M. Karas<br>Courtroom 521<br><br>Magistrate Judge Judith C. McCarthy<br>Courtroom 521 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS NOTICE

Pending before the Court is Plaintiffs' Unopposed Motion for Approval of Class Notice ("Motion"). After consideration of the Motion, and finding good cause appearing therefore, the Court GRANTS the motion. Plaintiffs' proposed notices and methods of disseminating such notices are reasonably calculated to apprise the class members of the pendency of the action and satisfy the constitutional due process requirements and Fed. R. Civ. P. Rule 23(c)(2)(B).

**IT IS FURTHER ORDERED:**

1. The form and content of the long form class notice to be available at www.PestchaserLawsuit.com shall be substantially in the form attached as Exhibit C to Plaintiffs' motion.

2. The form and content of the email notice shall be substantially in the form attached as Exhibit A to Plaintiffs' motion.

3. The form and content of the direct mail (postcard) notice shall be substantially in the form attached as Exhibit B to Plaintiffs' motion.

4. Plaintiffs may engage Epiq to implement and administer the dissemination of class notice and administer opt-out requests as the Court-appointed notice administrator. Class members will have 30 days from the last date direct mail notice is mailed to opt out of the Class.

5. Notice to the Class shall be made in accordance with the notice plan detailed in Plaintiffs' motion, which includes:

    a. By the end of _____, the email notice (Exhibit A to Plaintiffs' motion) shall be disseminated to class members whose email address is available.

b. By the end of _____, the direct mail (postcard) notice (Exhibit B to Plaintiffs' motion) shall be mailed to class members whose email address is not available.

c. By the end of _____, the long-form class notice (Exhibit C to Plaintiffs' motion) shall be available for viewing and download on the case website, www.PestchaserLawsuit.com.

d. By the end of _____, a case website (www.PestchaserLawsuit.com) will be created on which the long-form class notice, the operative Complaint, Defendant's Answer, and the Court's Order Granting Plaintiffs' Motion for Class Certification will be posted and available for download, and will contain the toll-free telephone number to call for additional information, the deadline for Class Members to exclude themselves from this lawsuit, and answers to frequently asked questions.

e. By the end of _____, the digital publication notices (Exhibit D to Plaintiffs' motion) will be published for a period of three weeks in a digital media campaign.

**IT IS SO ORDERED.**

Dated: _____

Hon. Kenneth M. Karas
United States District Judge

00225564

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 17, 2025, a copy of the foregoing document was electronically filed with the United States District Court, Southern District of New York, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on October 17, 2025.

*s/ Timothy G. Blood*
Timothy G. Blood
