# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

695 Town Center Dr, Suite 1700
Costa Mesa, CA 92626
United States

Robyn E. Bladow
To Call Writer Directly:
+1 213 680 8634
robyn.bladow@kirkland.com

+1 213 680 8400

www.kirkland.com

Facsimile:
+1 213 680 8500

December 18, 2025

**Via ECF**

Hon. Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 421
White Plains, NY 10601-4150

Re:   *Maroney, et al. v. Woodstream Corp.*, Case No. 7:19-cv-08294-KMK

Dear Judge McCarthy:

Pursuant to Judge Karas's Standing Order Section I.C, the parties write to advise this Court of their agreement to modify two interim expert disclosure deadlines, neither of which results in the modification of the expert discovery cut-off or any other deadline in this action. In particular, the parties propose to change the January 14, 2026 deadline for Defendant's Rule 26(a)(2)(D)(ii) rebuttal expert disclosures and affirmative expert disclosures (if any) to February 13, 2026, and Plaintiffs' February 4, 2026 deadline for Plaintiffs' Rule 26(a)(2)(D)(ii) rebuttal disclosures (if any) to March 6, 2026. Dkt. 132.

This change will allow the parties to accommodate the availability of counsel and proposed expert witnesses for depositions and disclosures without changing other deadlines in this action.

We are grateful for Your Honor's continued attention to this matter.

Respectfully submitted,

*/s/ Robyn E. Bladow*
Robyn E. Bladow
Counsel for Defendant

*/s/ Yitzchak Kopel*
Yitzchak Kopel
Counsel for Plaintiffs

cc:   Counsel of Record (Via ECF)