**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREGORY MARONEY AND HENRY H. HEUMANN, individually and on behalf of all others similarly situated, | CASE NO. 7:19-CV-08294-KMK-JCM |
| Plaintiffs, | Honorable Kenneth M. Karas |
| v. | |
| WOODSTREAM CORPORATION, | |
| Defendant. | |

### [~~PROPOSED~~] ORDER MAINTAINING CERTAIN DOCUMENTS PERMANENTLY UNDER SEAL

Pending before the Court is Plaintiffs' Motion to File Provisionally Under Seal in Support of Pre-Motion Letter (Dkt. 149) and Motion to File Provisionally Under Seal in Support of Pre-Motion Response Letters (Dkt. 155) (collectively, "Motions"). Defendant Woodstream Corporation ("Woodstream") filed its Memorandum in Support of Maintaining Certain Documents Under Seal ("Response"). For good cause shown, the Court **ORDERS** that the following documents shall remain permanently under seal:

1. Woodstream's proposed redactions to Plaintiffs' May 19, 2026, pre-motion letter in advance of Plaintiffs' motion to preclude portions of Woodstream's expert witnesses (Dkt. 151). Bladow Declaration ISO Defendant Woodstream Corporation's Response ISO Maintaining Certain Documents Under Seal, Exhibit 1.

2. Woodstream's proposed redactions to Plaintiffs' May 26, 2026, response to Woodstream's pre-motion letter in advance of Woodstream's forthcoming motion for summary judgment (Dkt. 157). *Id.*, Exhibit 2.

3. Woodstream's proposed redactions to Plaintiffs' May 26, 2026, response to Woodstream's pre-motion letter in advance of Woodstream's forthcoming motion to exclude Dr. Donahue, his study, and Plaintiffs' experts' opinions predicated on Dr. Donahue's study (Dkt. 158). *Id.*, Exhibit 3.

4. Woodstream's proposed redactions to Plaintiffs' May 26, 2026, response to Woodstream's pre-motion letter in advance of Woodstream's forthcoming motion to exclude certain of Dr. Loux's opinions (Dkt. 159). *Id.*, Exhibit 4.

**IT IS SO ORDERED.**

DATED: _____ June 3 , 2026

_____
Hon. Kenneth M. Karas
United States District Judge